IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MAURICE WALLACE, No. R10764, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 11-cv-0332-MJR |
| GLADYSE C. TAYLOR, et al, | ) |
| Defendants. | ) |

MEMORANDUM AND ORDER

REAGAN, District Judge:

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 2). On May 17, 2012, Plaintiff was ordered to pay the $350.00 filing fee in this case not later than May 31, 2012 (Doc. 29). This date has since passed and Plaintiff has not tendered the filing fee in full to this Court. As a result, **IT IS HEREBY ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for failure to comply with an order of this Court. **Fed.R.Civ.P.** 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus the filing fee of $350 remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). All pending motions are **DENIED** as moot. The Clerk is **DIRECTED** to close this case.

IT IS SO ORDERED.

DATED: 6/6/2012

s/ MICHAEL J. REAGAN  
MICHAEL J. REAGAN  
United States District Judge